1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 111 FIREARMS
FROM VARIOUS
MANUFACTURESRS, MAKES,
MODELS, AND ASSORTED
CALIBERS,

Defendant.

NO:  2:16-CV-115-RMP

ORDER OF DISMISSAL WITHOUT
PREJUDICE

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No.

10.  Having reviewed the Notice and the file and pleadings therein, the Court finds

good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 10**, is **APPROVED**.

   Plaintiff's Complaint is dismissed without prejudice and without costs to

   any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 28th day of June 2016.


_____s/ Rosanna Malouf Peterson_____
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2